PROB 35
**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00452-02** |
| ) | |
| **Jolene Rae COLIPAPA** ) | |

On April 27, 2005, the above-named was placed on Supervised Release for a period of 3 years, which commenced on July 6, 2006. She has complied with the rules and regulations of supervision and has paid all financial obligations in full. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

Dated:   June 17, 2008
         Roseville, California
         ddw:cd

**REVIEWED BY:**   /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA
                  Supervising United States Probation Officer**

**Re:   Jolene Rae COLIPAPA**
      **Docket Number:  2:04CR00452-02**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Date:  July 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:   United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00452-02** |
| ) | |
| **Jolene Rae COLIPAPA** ) | |
| ) | |

## LEGAL HISTORY:

On April 27, 2005, the above-named was placed on Supervised Release for a period of 3 years, which commenced on July 6, 2006. Special conditions ordered: Warrantless search; Financial restrictions and disclosure; Substance abuse testing, treatment, and services co-payment; Cooperate in the collection of DNA. All financial obligations of $100 special assessment, $1,402.58 restitution, have been paid in full.

## SUMMARY OF COMPLIANCE:

Jolene Rae Colipapa has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that she has derived maximum benefit from supervision and is not in need of continued supervision.

Re:   Jolene Rae COLIPAPA
    Docket Number:   2:04CR00452-02
    **RECOMMENDATION TERMINATING**
    **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

## RECOMMENDATION:

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:    June 17, 2008
    Roseville, California
    ddw:cd

**REVIEWED BY:**    /s/ Richard A. Ertola
    **RICHARD A. ERTOLA**
    **Supervising United States Probation Officer**

cc:   AUSA Michelle Rodriguez (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)